159 So. 267

**PRUDENTIAL INSURANCE CO. OF AMERICA v. Gilbreath M. GRAY.**

6 Div. 684.

Supreme Court of Alabama.

Jan. 24, 1935.

Rehearing Denied Feb. 21, 1935.

See, also, ante, p. 1, 159 So. 265.

Harsh, Harsh & Hare, of Birmingham, for petitioner.

Taylor & Higgins, of Birmingham, for respondent.

BOULDIN, Justice.

Petition of the Prudential Insurance Company of America for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Prudential Ins. Co. v. Gray, 159 So. 262.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.